[No. 7006–1–I.   Division One.   June 2, 1980.]

KENNETH JUNGQUIST, *Respondent,* v. CUSTOM CHEMICALS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 38267, Harry A. Follman, J., entered September 18, 1978. *Affirmed* by unpublished opinion per James, A.C.J., concurred in by Andersen and Durham–Divelbiss, JJ.

[No. 7070–3–I.   Division One.   June 2, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. GLANCIE STINSON, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES R. ARCHER, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH C. GATES, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. J–83300, J–83555, J–83712, Herbert M. Stephens, J., entered September 6, 19, and 27, 1978. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Andersen and Dore, JJ.

[No. 7281–1–I.   Division One.   June 2, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DUANE BUTTERFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88064, Frank J. Eberharter, J., entered January 10, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James, A.C.J., and Dore, J.